UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                               Case No. 21-30133
                                                  Originating No.1:21-mj-00312

      **DANIEL HERENDEEN,**

            Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DANIEL HERENDEEN,** to answer to charges pending in another federal district, and states:

1. On **March 18, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Superior Court of the District of Columbia based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §1752(a)(1),(2)- Knowingly enter or remain in any restricted building or grounds without lawful authority; 18 U.S.C. §1512- Obstruction of Justice/Congress; 18 U.S.C. §2- Aiding and Abetting; and 40**

**U.S.C. §5104(e)(2)(D), (G)- Violent entry and disorderly conduct on Capitol Grounds.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney

    s/Mark Bilkovic
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    mark.bilkovic@usa.doj.gov
    (313) 226-9623

Dated: March 17, 2021